Haywood Allen CANNON,
Plaintiff–Appellant,

v.

Lewis H. SWINDELL, IV; Norman Edward Wiggins, Individually and in his capacity as administrator; Marvin Eugene Wiggins, Defendants–Appellees.

No. 02–1077.

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

Haywood Allen Cannon, Appellant Pro Se. Lewis H. Swindell, IV, Norman Edward Wiggins, Marvin Eugene Wiggins, Appellees.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Haywood Allen Cannon appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Cannon v. Swindell,* No. CA–01–82–7–BR (E.D.N.C. Dec. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*